MATERIALS RESEARCH CORP. v. METRON, INC.

May 29, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ANN MARIE CHAMBERS.

April 3, 1973. Certification to Gloucester County Court granted.

STATE OF NEW JERSEY v. DORIS VACCA.

April 3, 1973. Certification to Middlesex County Court granted.

STATE OF NEW JERSEY v. VIOLA CANFORA.

April 3, 1973. Certification to Middlesex County Court granted.

STATE OF NEW JERSEY v. KATHERINE E. PURSGLOVE.

April 3, 1973. Certification to Burlington County Court granted.